urn Date: **11/20/2014**  Case No. 6:14CV00028

**Court:** U S DISTRICT COURT

**Affidavit for - SUBPOENA IN A CIVIL ACTION**

*Proserv, LLC*
P.O Box 13625
Roanoke, VA 24035-3625

---

JENNIFER PLUNKETT

vs

CROSSROADS OF LYNCHBURG & MERCEDES-BENZ USA

---

Commonwealth of Virginia, City / County of  **WESTERN DISTRICT OF VIRGINIA**

Don Hogan , personally appeared and being duly sworn, states as follows: that pursuant to §8.01-293 of the Code of Virginia as amended that he/she is over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy. Furthermore, he/she affirms that service of process was made upon CARILION CLINIC GYNECOLOGY by the following means:

☒ **Company:** Ashley Reding  Registered Agent, Designated Employee, Manager, H.R., Payroll, Corporate Officer.

☐ **Individual** By delivering a true copy to said defendant personally.

☐ **Substitute Service:** Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode, a party named above after giving information of their name, age, and relation of the recipient to the party named above is as follows:

☐ **Posted Service:** Posted on front door of usual place of abode as per attached document, unless new address below (other authorized recipient not found).

New Address: _____

☐ **Unable to Serve:** _____

☐ **Garnishment Summons:** I hereby certify that I mailed a copy of the garnishment summons to the judgement debtor on the date shown below:

Deponent: _Don Hogan_

Date Served: 10-23-14 - 245Pm

Commonwealth of Virginia, City of Roanoke

The foregoing instrument was acknowledged before me this 23 day of Oct , 20 14

_Freida J Adams_
Notary Public

FREIDA D ADAMS
NOTARY PUBLIC
REG. #321290
MY COMMISSION EXPIRES
8-31-20
COMMONWEALTH OF VIRGINIA