# United States District Court
## for the
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JENNIFER PLUNKETT | ) |
| | ) |
| | ) Civil Action No. |
| | ) 6:14-cv-00028 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CROSSROADS OF LYNCHBURG, INC., | ) |
| And | ) |
| MERCEDES-BENZ USA, LLC | ) |
| | ) |
| Defendant(s) | ) |
| | ) |

## ORDER

On this _____ day of May, 2015, came Andrew D. Finnicum upon Mr. Finnicum's Motion to Withdraw as Counsel of Record with Mr. Feinman continuing to appear as counsel for the Plaintiff, and it appearing correct and proper it is hereby:

ORDERED, ADJUDGED, and DECREED that Andrew D. Finnicum is allowed to withdraw as counsel for the Plaintiff and James B. Feinman will continue as counsel of record for the Plaintiff.

/ /

Enter:_____
Judge

/s/
_____
Andrew D. Finnicum, Esquire
1003 Church Street
P.O. Box 697
Lynchburg, VA 24505
(434) 846-7603
(434) 846-0158- Facsimile

{2384 / 001}