

FOR YOUTH DEVELOPMENT
FOR HEALTHY LIVING
FOR SOCIAL RESPONSIBILITY

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

June 26, 2015

Kalbaugh, Pfund & Messersmith, P.C
2840 Electric Road, Suite 111
Roanoke, Va. 24018

    In Re: Jennifer Plunkett v. Crossroad of Lynchburg and Mercedes-Benz USA

Dear Mr. Slusser:

    Enclosed please find all computer membership records, correspondence, payment records, usage reports and all information pertaining to Jennifer Plunkett as a member of the Jamerson Family YMCA.

    If I can be of further assistance, please give me a call.

                            Sincerely,

                            Vickie Sandifer
                            Membership Director

Cc: United States District Court



YMCA OF CENTRAL VIRGINIA
Jamerson Family Branch
801 Wyndhurst Drive
Lynchburg, Virginia 24502

United States District Court
210 Franklin Road S.W.
Suite 540
Roanoke, Va 24011

